**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHRISTINA DEJESUS,

                         Plaintiff,                  25 **CIVIL** 9241 (SDA)

      -v-                                  **JUDGMENT**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 23, 2026, the Commissioners decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security for further administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. §405(g). On remand, Plaintiff will be offered the opportunity for a hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

       March 23, 2026

                                           **TAMMI M. HELLWIG**
                                      _____
                                          **Clerk of Court**

**BY:**
                                          _____
                                          **Deputy Clerk**